IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**BILLY RAY DAVIS,**

    **Petitioner,**

**v.**                                    **Civil Action No. 5:08cv4**
                                          **(Judge Stamp)**

**WAYNE PHILLIPS,**

    **Respondent.**

## **ORDER**

This case is before the undersigned on the petitioners' Application for Leave to Proceed Without Prepayment of Fees. A review of the file shows that the petitioner paid the required filing fee on January 18, 2008. Accordingly, his application to proceed as a pauper (Doc. 4) is **DENIED AS MOOT.**

    IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: January 29, 2008.

                                        *John S. Kaull*
                                        JOHN S. KAULL
                                        UNITED STATES MAGISTRATE JUDGE